*B. F. Claypool* and *N. G. Trusler*, for the appellee.

---

THE PRESIDENT AND DIRECTORS OF THE OHIO AND MISSISSIPPI RAILROAD COMPANY v. HUCKLEBERRY.

*Friday, November 29.*

APPEAL from the *Jennings* Common Pleas.

*Per Curiam.*—Suit by *Huckleberry* against the company,

for killing stock upon the road, where it was not fenced. Issue; trial by the Court; finding and judgment for the plaintiff.

The only question raised is, as to the sufficiency of the evidence to sustain the finding. Having examined the evidence, we are of opinion that it tends to make out every material fact necessary to the plaintiff's recovery.

The judgment is affirmed, with costs.

*Theodore Gazlay* and *Lucius C. Bingham*, for the appellants.

*James H. Vawter*, for the appellee.